**KLEINWOOD MUNICIPAL UTILITY DISTRICT, Plaintiff–Appellant**

v.

**CYPRESS FOREST PUBLIC UTILITY DISTRICT; JP/Raveneaux Partners LP; Kera Development L.P., Defendants, Appellees.**

No. 09–20289
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2009.

Fred W. Stumpf, Stumpf Farrimond, Houston, TX, for Plaintiff–Appellant.

Ramon Gustave Viada, III, Viada & Strayer, The Woodlands, TX, Richard E. Young, Glast, Phillips & Murray, Dallas, TX, for Defendants, Appellees.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Molly E. Odom, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Before us in this appeal is the district court's dismissal pursuant to F.R.C.P. 12(b)(6) of Kleinwood's constitutional claims advanced under 42 U.S.C. § 1983 and other federal and state claims. Having reviewed the district court's Order of March 30, 2009, 2009 WL 890270, the briefs of the parties, and the record on appeal, we are satisfied that, for the reasons set forth by the district court, its judgment should be and is hereby AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

